### Anonymous.

September
27th.

Upon a libel for divorce, under *St.* 1823, c. 73, [see Revised Stat. *c.* 76, § 1,] for insanity of the wife at the time of the marriage, the testimony proved only dejection of mind and singularities of conduct on the part of the libellee. The *Court* said they felt bound to require such evidence of insanity, as in a civil action would justify a jury in finding the party incapable of making a contract ;[2] that any thing short of this would open a door to great abuses, and would lead them to regret the passing of the act ; and that the fact of a party's being able to go through the marriage ceremony with propriety was *primâ facie* evidence of sufficient understanding to make the contract.

*Libel continued.*

---

\* See *St.* 1825, c. 153.

[1] See *Gould* v. *Hutchins*, 1 Fairfield, 145.

[2] See *Middleborough* v. *Rochester*, 12 Mass. R. 363; *Ball* v. *Mannin* 3 Bligh (New Ser.) 1; *S. C.* 1 Dow & Clarke, 380; Chitty on Contract (3d Amer. ed.) 29, 30, 256 to 260, note.